# United States Court of Appeals
## For the First Circuit

No. 02-1244

DONALD N. CREIGHTON,

Petitioner, Appellant,

v.

TIMOTHY HALL, SUPERINTENDENT OF MCI NORFOLK;
THOMAS REILLY, ATTORNEY GENERAL OF MASSACHUSETTS,

Respondents, Appellees.

ERRATA SHEET

The opinion of the Court issued on November 6, 2002, is amended as follows:

On p.14, last line of footnote 4, insert "1st. Cir." within parentheses before 2002; thus, (1st Cir. 2002).